# United States District Court

FILED by _____ D.C.
'JUN 6 2000
CLARENCE MADDOX
C ERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

DOREEN JORDON

## CRIMINAL COMPLAINT

CASE NUMBER: $00-4129-BSS$

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JUNE 5, 2000__ in __BROWARD__ County, in the __Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense)
KNOWINGLY AND INTENTIONALLY POSSESS WITH INTENT TO DISTRIBUTE A SCHEDULE II CONTROLLED SUBSTANCE, THAT IS, A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE AND KNOWINGLY AND INTENTIONALLY IMPORT INTO THE UNITED STATES, FROM A PLACE OUTSIDE, JAMAICA, A SCHEDULE II CONTROLLED SUBSTANCE, THAT IS, A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE,

in violation of Title __21__ United States Code, Section(s) __841 (a)(1), 952 (a)__

I further state that I am a(n) __Special Agent of the USCS__ and that this complaint is based on the following facts:
Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof:   [x] Yes   [ ] No

Signature of Complainant
RICHARD JOLLES, SPECIAL AGENT
UNITED STATES CUSTOMS SERVICE

Sworn to before me, and subscribed in my presence,

__JUNE 6, 2000__                                     at __Ft. Lauderdale, FL__
Date                                                    City and State

BARRY S. SELTZER
U.S MAGISTRATE JUDGE
Name and Title of Judicial Officer

**Affidavit**

1. I, Richard A. Jolles, am a Special Agent with the United States Customs Service. I have been employed in various investigative roles within the U.S. Customs Service for approximately two years. Prior, I was employed with the U.S. Immigration and Naturalization Service for approximately 3 ½ years. Duties with the U.S. Customs Service include the investigation of Federal narcotics offenses.

2. On June 5, 2000, U.S. Customs Service Inspectors at Fort Lauderdale International Airport, Ft. Lauderdale, Florida, conducted an inbound inspection of passengers arriving into the United States onboard Air Jamaica flight #89 from Montego Bay. One of the passengers inspected was DOREEN JORDON, a Jamaican citizen.

3. When questioned by a Customs Inspector during examination, JORDON gave inconsistent answers to routine questions about her travel. Subsequently, a U.S. Customs canine alerted to the presence of narcotics on JORDON and she was referred for a "pat down" search of her person. The search revealed three cylindrical objects discovered in three separate places. One cylinder was discovered on JORDON's person inside her undergarment, one in JORDON's handbag, and one inside a jar of cream that was in her suitcase.

4. One of the cylinders was probed, revealing a white, powdery substance. The substance tested positive for the presence of cocaine. Total weight of the three cylinders was approximately 1.15 pounds.

5. JORDON was advised of her <u>Miranda</u> warnings and she waived them. JORDON stated that her trip to the U.S. was arranged by an individual known as "MUZZLE" who lives in Birmingham, Alabama. JORDON stated that she was to board a Greyhound Bus in Fort Lauderdale, FL and travel to Birmingham, Alabama to deliver the cocaine to "MUZZLE." JORDON stated that "MUZZLE" was to pay her between $2,000 and $3,000 in U.S. currency for the delivery.

6. Based on the aforementioned facts, your affiant believes there exists probable cause to believe that the defendant DOREEN JORDON did import cocaine into the United States. Further your affiant sayeth naught.

_____
Richard A. Jolles
Special Agent
United States Customs Service


Sworn and subscribed to before me this ____ day of June, 2000.

_____
Barry S. Seltzer
United States Magistrate Judge