**UNITED S ATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.

UNITED STATES OF AMERICA                    ORDER ON INITIAL APPEARANCE

    Plaintiff                                Language

                                            Tape No.

v.                                          AUSA

    **Defendant**                            Agent

The above-named defendant having been arrested on                                                    having
appeared before the court for initial appearance on
and proceedings having been held in accordance with                    it is thereupon
    ORDERED as follows

1 _____ appeared as permitted temporary counsel at record

    Address _____
    Zip Code _____    Telephone

- _____ appointed as permanent

    Address
    Zip Code:                            Telephone

3  The defendant shall attempt to retain counsel and shall appear before the court at

4.  Arraignment Preliminary Removal Identity hearing is set for                                      20

5  The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d)s or (f) because

    A detention hearing pursuant to 18 U.S.C. 3142 (f), is set for                              20

6  The defendant shall be released from custody upon posting of the following type of appearance bond
    pursuant to 18 U.S.C. 3142


This bond shall contain the standard conditions of bond printed in the form of this Court and in
addition, the defendant must comply with the special conditions checked below

        a.  Surrender all passports and travel documents to the Pretrial Services Office of the Court

_____ b.  Report to Pretrial Services as follows _____ times a week by phone _____ times a week in

        person; other _____

_____ c.  Submit to random urine testing by Pretrial Services for the use of non-physician prescribed substances

        prohibited by law

_____ d.  Maintain or actively seek full-time gainful employment

_____ e.  Maintain or begin an educational program

_____ f.  Avoid all contact with victims of or witnesses to the crimes charged

_____ g.  Refrain from possessing a firearm, destructive device or other dangerous weapon

_____ h.  Comply with the following curfew, _____

                                   1



_____ 1. Comply with the following additional special conditions of this bond    _____

_____  _____

_____  _____

This bond was set    At Arrest         _____

                     On Warrant        _____

                     After Hearing     _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357 F.2d 303 (2 Cir 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

~  The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to imposition of criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8  The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at  _____  this  _____ day of ___ _____ ___ .20 _____

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD/F M-1
Rev 01/00