# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

_USA_                              CASE NO.: _00 4129 BSS_

v.

_Jordan_

## TRANSMITTAL LETTER FOR
## SEALED DOCUMENT

Plaintiff or Defendant
(circle one only)

Filed date: _6 6 00_

Number of Documents enclosed: _2_

### RECEIPT FOR SEALED DOCUMENT

DATE: _____

Original Document(s) received by: _____
(Docketing Supervisor/Workleader)

Copy for Judge received by: _____
(Chamber's Staff)

### SEALED DOCUMENT IN VAULT
DOCUMENT TO BE UNSEALED BY ORDER OF COURT UPON GOOD CAUSE SHOWN.

DOCKET CLERK: _____

DOCKET NUMBER(S): _3, 4, 5_

RECORDS CLERK: _____