# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

_USA_  CASE NO.: _00 4129 BSS_

v.

_Polla__

## TRANSMITTAL LETTER FOR
## SEALED DOCUMENT

Plaintiff or Defendant
(circle one only)

Filed date: _6-6-00_

Number of Documents enclosed: _3_

---

### RECEIPT FOR SEALED DOCUMENT

DATE: _____

Original Document(s) received by: _____
(Docketing Supervisor/Workleader)

Copy for Judge received by: _____
(Chamber's Staff)

---

## SEALED DOCUMENT IN VAULT

DOCUMENT TO BE UNSEALED BY ORDER OF COURT UPON GOOD CAUSE SHOWN.

DOCKET CLERK: _DC_

DOCKET NUMBER(S): _3, 4, 5_

RECORDS CLERK: