# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

_____USA_____                CASE NO.: 00-9139 BSS

v.

_____Jordan_____

### TRANSMITTAL LETTER FOR
### SEALED DOCUMENT

Plaintiff or Defendant
(circle one only)

Filed date: 6-6-00

Number of Documents enclosed: 2

---

### RECEIPT FOR SEALED DOCUMENT

DATE: _____

Original Document(s) received by:_____
(Docketing Supervisor/Workleader)

Copy for Judge received by:_____
(Chamber's Staff)

---

### SEALED DOCUMENT IN VAULT
DOCUMENT TO BE UNSEALED BY ORDER OF COURT UPON GOOD CAUSE SHOWN.

DOCKET CLERK: _____

DOCKET NUMBER(S): 3, 4, 5

RECORDS CLERK: _____