FILED by _____ D.C.

JUN 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

CR 4-89-555

U.S. Marshal # 55328-004

UNITED STATES OF AMERICA )
Plaintiff )   Case Number: CR_____
            )   REPORT COMMENCING CRIMINAL
-vs-        )            ACTION
            )
DOREEN JORDAN )
            Defendant

*******************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court    (Circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*******************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6/5/00    2350 ( am/pm )

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: 21 USC 952 IMPORTATION OF NARCOTICS
                        21 USC 841 (a) POSS W/M INTENT COCAINE

(4) U.S. Citizen [ ] Yes  [✔] No  [ ] Unknown

(5) Date of Birth: 5/6/71

(6) Type of Charging Document: (check one)
    [ ] Indictment [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 6/6/00   (9) Arresting Officer: JEFFREY S BROWN, USCS

(10) Agency: USCS    (11) Phone: 954 921-3565

(12) Comments: _____