UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4129-SELTZER

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DOREEN JORDON SMITH,

       Defendant.

_____

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender

specified below. Please send all notices and inquiries to this attorney at the address listed.

               Respectfully submitted,

               KATHLEEN M. WILLIAMS
               FEDERAL PUBLIC DEFENDER

By:

               Martin J. Bidwill
               Assistant Federal Public Defender
               Florida Bar No. 868795
               Attorney for Defendant
               101 N.E. 3rd Avenue, Suite 202
               Fort Lauderdale, Florida 33301
               (954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 6

day of June, 2000, to United States Attorney's Office, at 299 East Broward Boulevard, Fort

Lauderdale, Florida 33301.

               Martin J. Bidwill