U.S. MAGISTRATE JUDGE BARRY S. SELTZER - ORT LAUDERDALE

DEFT: ___Doreen Jordan (J)*___          CASE NO: ___00-4129-BSS___

AUSA: ___Don Chase___ *Present*          ATTNY: ___FPD___ *Marty Zidvel*

AGENT: _____          VIOL: _____

PROCEEDING: ___Prelim/Arraignment___          BOND REC: _____

BOND HEARING HELD - yes/no          COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.

JUN 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) ___ Halfway House

___ Electronic Monitoring

*Court made Any FPD*
*permnt*
*Arraign date set*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 6-15-00 | 10:00am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | 6-15-00 | 10:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: ___6-8-00___    TIME: ___11:00am___    TAPE # ___00-046___ PG # ___10___

1350 - 1389