UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6160** CR-ZLOCH

21 U.S.C. §952(a)
21 U.S.C. §841(a)(1)   MAGISTRATE JUDGE
18 U.S.C. §2                    SELTZER

UNITED STATES OF AMERICA   )
                           )
                           )
vs.                        )
                           )
                           )
DOREEN JORDON,             )
a/k/a "Doreen Smith,"      )
                           )
         Defendant         )
_____)

**INDICTMENT**

The Grand Jury charges that:

## COUNT I

On or about June 5, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

DOREEN JORDON,
a/k/a "Doreen Smith,"

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1),(b), and Title 18, United States Code, Section 2.



## COUNT II

On or about June 5, 2000, at Broward County. in the Southern District of Florida, the defendant.

**DOREEN JORDON,**
a/k/a "Doreen Smith,"

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21. United States Code. Section 841(a)(1) and Title 18, United States Code. Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.

DOREEN JORDON                   **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**.

**Court Division**: (Select One)

New Defendant(s)     Yes ____   No ____
Number of New Defendants  ____
Total number of counts    ____

____ Miami    ____ Key West
_X_ FTL       ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect   _English_

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      _X_          Petty     ____
   II   6 to 10 days     ____         Minor     ____
   III  11 to 20 days    ____         Misdem.   ____
   IV   21 to 60 days    ____         Felony    _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _____ 00-4129-SELTZER
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _June 5, 2000_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No

                                      _____
                                      DONALD F. CHASE, II
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Court Bar No. A5500077

*Penalty Sheet(s) attached                                REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant Name: DOREEN JORDON**    Case No._____

Count #: 1
Importation of Cocaine

21 U.S.C. §952(a)
**\*Max. Penalty: 20 years' imprisonment; $1,000,000 fine.**

Count #: 2
Possesion with the Intent to Distribute Cocaine

21 U.S.C. §841(a)(1)
**\*Max. Penalty: 20 years' imprisonment; $1,000,000 fine.**

Count #:


**\*Max. Penalty:**

Count #:


**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable