

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6160-CR-Zloch

UNITED STATES OF AMERICA

vs
Doreen Jordan

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 6-15-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retain counsel of record will be noticed for trial by the District Court Jud assigned to this case. The following information is current as of this dat

DEFENDANT: Address: In Custody

Telephone:

DEFENSE COUNSEL: Name: FPD

Address:

Telephone:

BOND SET/CONTINUED: $ Remains in Custody

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 15 day of June, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-050-051

cc: Clerk for Judge
    U. S. Attorney