-cr-06160-WJZ Document 14 Entered on FLSD Docket 06/16/2000 P

COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Doreen Jordan (J)#

CASE NO: ~~00-4129-BSS~~ 00-6160-CR-Zloch

AUSA: Don Chase present

ATTNY: FPD: Marty Bidwill present

AGENT:

VIOL:

PROCEEDING: PTD Hearing/Arraignment

BOND REC:

BOND HEARING HELD - yes/no (no circled)

COUNSEL APPOINTED:

BOND SET @ $ 250,000 Corp Surety w/ nebbia

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/ travel documents.

4) Rpt to PTS as directed /or ________ x's a week/month by phone; ________ x's a week/month in person.

5) Random urine testing by Pretrial Services. ________ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: ________

11) Travel extended to: ________

12) ________ Halfway House ________

________ Electronic Monitoring ________

Reading of Indictment waived

Not Guilty plea entered

Jury trial demanded

Standing Discovery Order requested

FILED by ________ D.C.

JUN 15 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

2 tapes

No bond hrg held -

Both sides stipulate to a 250,000 CSB w/ nebbia

Reserving right to proceed w/ PTD hrg at a later date

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE: 6-30-00 11:00 SNOW

DATE: 6-15-00 TIME: 11:00am TAPE # 00-051 PG # IC

640-720

14