UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6160-CR-ZLOCH

UNITED STATES OF AMERICA,        :

       Plaintiff,           :

v.                                :

DOREEN JORDAN,                    :

       Defendant.           :
_____

**STATUS REPORT**

       A status conference was held in this cause on June 30, 2000. At that conference, the parties informed the Court as follows:

       1. Discovery has been provided, except for the laboratory report and one of the three tape recordings.

       2. This case may be resolved by way of a plea.

       DATED at Fort Lauderdale, Florida, this 30th day of June, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Don Chase (FTL)
AFPD Martin Bidwell (FTL)

