HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by __ D.C.
JUN 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __HUSSAIN EL KAMLICHI__ CASE NO: __00-6098-CR-ZLOCH__
AUSA __STEVE PETRI__ /Rice   ATTY FPD - Hunt
Disc out - possible plea - no pending motions
00-031
@1174

DEFT __CARLA KNIGHT__ CASE NO: __00-6159-CR-FERGUSON__
AUSA __KATHLEEN RICE__ /Rice   ATTY FPD - Hunt
Disc out - possible plea - No pending motion
@1199

DEFT __DOREEN JORDAN__ CASE NO: __00-6160-CR-ZLOCH__ ✓
AUSA __DON CHASE__ pre   ATTY FPD - Bidwill
Disc out - possible plea -
@1219

DEFT __LORI KOSTENKO__ CASE NO: __00-6164-CR-DIMITROULEAS__
AUSA __ROGER STEFIN__ /Rice   ATTY FPD - Hunt
Disc out - possible plea - No pending motion
@1254

DEFT __RAYMOND HICKS__ CASE NO: __00-6162-CR-ROETTGER__
AUSA __KATHLEEN RICE__ /pre   ATTY __MARTIN FEIGENBAUM, ESQ.__ pre
Steven Kassner, Esq. for Earl Parker
FPD for Sam Jones - Cat Hunt Aug 1
@1280
DEFT _Disc out - 2 weeks_ CASE NO: _for motions_
AUSA _____ ATTY _____

DATE __6/30/00__   TIME __11:00__

19