UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6160-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DOREEN JORDON, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE
## TO STANDING DISCOVERY ORDER

The United States files this supplemental response to the Standing Discovery

Order issued in this case. This supplemental response is numbered to correspond to

that Order.

K.  The report from a forensic chemist analyzing the substance seized
from the defendant on June 5, 2000 and finding the same to be
cocaine hydrochloride is attached.

The government is aware of its continuing duty to disclose such newly
discovered additional information required by the Standing Discovery Order, Rule 16(c)
of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to
assure a fair trial.

In addition to the request made above by the government pursuant to both
Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of
Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal
Procedure, the government hereby demands Notice of Alibi defense; the approximate
time, date, and place of the offense was:

1

Time: Approximately and before 9:20 p.m.
Date: June 5, 2000
Place: Air Jamaica flight 89 and the Fort Lauderdale\Hollywood International Airport

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale. Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 26th of July 2000 to Martin Bidwell, Federal Public Defender's Office, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301.

*[signature]*

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

2

**U.S. Department of Justice**
**Drug Enforcement Administration**

### REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry ☐ Other (Specify) | | | FL13CE00FL0080 | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Ft. Lauderdale, FL/USA | 06-05-00 | CUSTOMS TITLE 21 INVESTIGATION |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| USCS | ☐ Case No OR ☒ Seizure No. 2000SA0007994-01 | 06-15-00 | HIDTA-3 |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | 20000960014 | Cocaine | 3 cylindrically shaped objects wrapped in tape. | 1.045 lb | 467 g. | |
| | | | * Please take photos if possible. | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above) ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On June 5, 2000, Doreen JORDON SMITH entered the U.S. at Fort Lauderdale Int'l Airport onboard Air Jamaica flight #89 from Kingston. JORDON SMITH was found to be carrying exhibit #1; one cylindrical object was discovered on her person, one inside a piece of her luggage, and one inside her handbag. Ex #1 was transported to Birmingham, Alabama on 6/6/00 for a controlled delivery. On 6/7/00, Ex #1 was transported to the Miami Seized Property Custodian by S/A's Edwin Flood and Daniel Carbone.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| Richard A. Jolles | G/S James MacDonald |

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 +SEE | 6/16/00 | |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) 6-16-2000 | 24. Print or Type NAME and TITLE Ed Tech |

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

Exhibit 1 contains cocaine hydrochloride.
Gross Wt: 468.3g     Net Wt: 406.7g

113813

amp 7/17/00

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1 | 113813 | cocaine hydrochloride | 76 | % | | 309.1g | 404.5g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Alexandra Gongora  7-19-2000 | Forensic Chemist | 7/12/00 |
| 37. APPROVED BY (Signature & Date) William D. Bugley 7/19/2000 | 38. TITLE Laboratory Director | 39. LAB. LOCATION Miami, FL |

DEA Form - 7
(Sept 1995)    Previous edition dated 4/90 may be used until stock is exhausted.