UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
AUG 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6160-CR-Zloch   DATE 8-11-00

CLERK Carline Newsky   REPORTER Carl Schendel

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Doreen Jordan

U. S. ATTORNEY Donald Chase   DEFT COUNSEL Timothy Day
                                            Sex Bidwill

DEFENDANT:  PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING To be set for plea

JUDGMENT _____

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC _____

23