UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

AUG 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER 00-6160-CR-Zloch   DATE 8-29-00
CLERK Carolyne Newbey   REPORTER Carl Schanzleh
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Doreen Jordan

U. S. ATTORNEY Donald Chase   DEFT COUNSEL Mark L. Bideau

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Cts 1 & 2

RESULT OF HEARING To be Reset

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC

25