UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6160-CR-ZLOCH



UNITED STATES OF AMERICA

    v.

DOREEN JORDAN

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.         DATE & TIME:
FT. LAUDERDALE, FL 33301   October 4, 2000 at 9:30 AM

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

                                            CLARENCE MADDOX
                                            CLERK OF COURT

                                            BY DEPUTY CLERK

DATE: September 21, 2000

cc:
Donald Chase, Esq., AUSA
Martin Bidwill, Esq., AFPD