UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.

OCT 0 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER _00 - 6/160 - CR - Zloch_ DATE _10 - 3 - 00_

CLERK _Carine Newker_    REPORTER _Carl Schierloh_

PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA V. _Doreen Jordan_

U. S. ATTORNEY _Donald Chase_ DEFT COUNSEL _Martin Bidwill_

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING _Change of Plea to Counts 1 & 2_

RESULT OF HEARING _Deft entered a plea of Guilty to Counts 1 & 2_

JUDGMENT _Court accepted plea & adjudged deft guilty to Counts 1 & 2_

CASE CONTINUED TO _1 - 5 - 2001_ TIME _11:00_ FOR _Sentencing_

MISC _No Written Plea Agreement -_