ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6160-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA.
    Plaintiff,

v.

DOREEN JORDON,

    Defendant.

_____/

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

COMES NOW the defendant, Doreen Jordon, through her undersigned counsel, and files her Motion For Extension of Time to File Objections to Pre-Sentence Investigation Report, and states as follows:

1. The defendant pled guilty to importing and possession with intent to distribute cocaine. Sentencing is set for January 5, 2000.

2. The United States Probation Office has prepared a PSI report pertaining to the defendant. The probation office advised that objections to the report are due December 15, 2000.

3. Counsel is in the process of preparing objections to the PSI report. However, because of the undersigned's involvement in several other matters, additional time is needed to complete review of the issues and prepare appropriate objections. Accordingly, the defendant respectfully requests an additional week within which to file objections to the PSI, so that the objections are due on or before December 22, 2000.



4.  The undersigned has attempted to discuss this motion with Assistant United States Attorney Don Chase but was unable to speak with him.

WHEREFORE, the defendant prays that the court grant this motion and allow the defendant an additional week within which to file objections to the PSI Report.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Ave. North, #300
West Palm Beach, Florida 33401
Telephone: (561) 833-6288
Fax: (561) 833-0368

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 15th day of December, 2000, to Don Chase, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Edward L. Cooley, U.S. Probation Officer, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Martin J. Bidwill