UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

v.

DOREEN JORDON

    Defendant

Case No: 00-6160-CR-ZLOCH

ORDER

FILED by _____ D.C.
DEC 20 2000
CLARENCE MA
CLERK U.S. DIST
S.D. OF FLA. FL.

THIS MATTER is before the Court upon the Defendant's Motion For Extension Of Time To File Objections To Presentence Investigation Report (filed December 15, 2000). The Court having reviewed the court file, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED to the extent that objections to the Presentence Investigation Report shall be filed on or before December 22, 2000. No further extensions will be granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of December, 2000.

                              WILLIAM J. ZLOCH
                              Chief United States District Judge

cc:
Donald Chase, Esq., AUSA
Martin Bidwill, Esq.
Probation