UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6160-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOREEN JORDON,

    Defendant.

_____/

### DEFENDANT'S NOTICE THAT SENTENCING HEARING WILL EXCEED ONE (1) HOUR

COMES NOW the defendant, Doreen Jordon, through her undersigned counsel, and pursuant to Administrative Order 95-02, and gives the Court notice that counsel anticipates that the sentencing proceeding in this case will take approximately two (2) hours. The defendant anticipates calling 1-3 witnesses, and prior conversations with AUSA Chase lead counsel to believe the Government will be calling at least one witness.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____
       Martin J. Bidwill
       Assistant Federal Public Defender
       Attorney for Defendant
       Florida Bar No. 868795
       400 Australian Ave. N., #300
       West Palm Beach, FL 33401
       (561) 833-6288/833-0368(fax)

1

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 22 day of December, 2000, to Don Chase, Assistant United States Attorney at 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394; Edward L. Cooley, U.S. Probation Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*Martin J. Bidwill* (by)

Martin J. Bidwill