ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6160-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOREEN JORDON,

    Defendant.

_____/

## DEFENDANT'S DEMAND FOR *BRADY* MATERIAL

COMES NOW the defendant, Doreen Jordon, through her undersigned counsel, and Pursuant to Rule 12 of the Federal Rules of Criminal Procedure; Brady v. Maryland, 373 U.S. 83 (1963); United States v. Bagley, 473 U.S. 667 (1985); the Court's Standing Discovery Order; and Rule 16(a)(1)(C) of the Federal Rules of Criminal Procedure, and specifically demands that the government provide the defendant with the information specified below, as well as any other information qualifying for disclosure.

Evidence in the possession of the government or its agents regarding the criminal history of Gary Jones, or his history of violence or firearm/weapon possession is favorable and material to the defendant's sentencing. Based on the foregoing, the defendant specifically requests the disclosure of the following information and materials:

(1) A full criminal history of Gary Jones, including a printout of any state, local, or NCIC computer database summarizing the criminal history of Jones;

1

(2) Any and all Customs reports regarding the defendant's search, detention, or arrest, which include information regarding the defendant's nervous condition;

(3) Any information, or reports or records of any kind, in the possession of any federal or state law enforcement agency regarding the violent propensity of Gary Jones, or Jones' proclivity to possess firearms or other dangerous weapons;

(4) Disclosure of any information, including the source of the information, provided to the defendant by law enforcement after her arrest regarding the violent/dangerous propensity of Gary Jones (or his cohorts) or the danger of the operation with which she was cooperating.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Ave. N., #300
West Palm Beach, FL 33401
Telephone:(561) 833-6288
Fax: (561) 833-0368

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 26th day of December, 2000, to Don Chase, Assistant United States Attorney at 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394.

Martin J. Bidwill

2