UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6160-CR-ZLOCH

UNITED STATES OF AMERICA,          )
                                   )
                                   )
v.                                 )
                                   )
                                   )
DOREEN JORDON,                     )
                                   )
            Defendant.             )
_____)

**NIGHT BOX**
**FILED**

JAN - 2 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### SENTENCING HEARING EXHIBITS

The United States of America, by and through the undersigned Assistant United States Attorney, files the attached documents the government intends to submit as exhibits at the sentencing hearing to support the obstruction of justice enhancement recommended within the Presentence Investigation Report:

1. Waiver of <u>Miranda</u> rights form executed by the defendant on June 5, 2000.

2. Defendant's Jamaican Passport.

3. Handwritten notes containing telephone numbers of unindicted coconspirators found amongst the defendant's belongings.

4. National Travel Service envelope as found in the defendant's purse after her arrest at the Fort Lauderdale International Airport.

5. National Travel Service envelope as found on the front passenger seat where the defendant had been seated in Gary Jones' vehicle after the controlled delivery was aborted. The hand written notations on the envelope say the following:



Front of the envelope:

"They (the police) were expecting me."
"They (the police) held me last night"
"We were set up."

Back of the envelope:

"They (the police) are waiting at the hotel."
"The cops are behind us."
"Let's make a run for it."

6.    Sworn Statement of Gary Jones.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on January

2, 2001, to Martin Bidwell, Esq., Federal Public Defender's Office, 101 NE 3rd Avenue, Suite 202,

Fort Lauderdale, FL 33301.

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

2

## STATEMENT OF RIGHTS

Before we ask you any questions, it is my duty to advise you of your rights.

You have the right to remain silent.

Anything you say can be used against you in court, or other proceedings.

You have the right to consult an attorney before making any statement or answering any question, and you may have him present with you during questioning.

You may have an attorney appointed by the U.S. Commissioner or the court to represent you if you cannot afford or otherwise obtain one.

If you decide to answer questions now with or without an attorney, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

HOWEVER--------

You may waive the right to advice of counsel and your right to remain silent and answer questions or make a statement without consulting an attorney if you so desire.

-----------------------------------------------------------------

## WAIVER

I have had the above statement of my rights read and explained to me and fully understand these rights. I waive them freely and voluntarily, without threat or intimidation and without any promise of reward or immunity, I was taken into custody at _23?0_ (time), on _6/5/00_ (date), and have signed this document at _0020_ (time), on _6/6/00_ (date).

_____

(Signature)

WITNESSES:

_____
(Name)

_____
(Name)

**GOVERNMENT EXHIBIT**
1

**Bearer**
Titulaire
Titular

**Wife**
Femme
Esposa

PHOTO

2

**DESCRIPTION – SIGNALEMENT – SEÑAS PERSONALES**

| | Bearer – Titulaire | Titular | Wife – Femme – Esposa |
|---|---|---|---|
| Profession<br>Profession<br>Profesión | Dental Nurse | | Jamaica |

Place and date of birth<br>Lieu et date de naissance<br>Lugar y fecha de nacimiento — St. Mary Jamaica May 1971

Country of Residence<br>Pays de Résidence<br>País de Residencia — JAMAICA

Height<br>Taille<br>Estatura — 1 _m._ 65 _cms._ _____ ft. _____ in.

Colour of eyes<br>Couleur des yeux<br>Color de los ojos — Dark Brown _____ mts. _____ cms.

Colour of hair<br>Couleur des cheveux<br>Color de los cabellos — Black

Peculiarities<br>_____colors<br>_____lores

**CHILDREN – ENFANTS – NIÑOS**

| – Nombre | Date of Birth – Date de naissance<br>Fecha de nacimiento | Sex – Sexe – Sexo |
|---|---|---|
| | | |

Usual Signature of the<br>Signature du Titulaire<br>Firma del Titular — _Dorett Bucknor_

Usual Signature of Wife<br>Signature de l'Épouse<br>Firma de la Esposa — 

**GOVERNMENT EXHIBIT**
**2**



This Passport contains 48 pages
Ce Passeport contient 48 pages
Esta Pasaporte contiene 48 páginas

**PASSPORT**
**PASSEPORT**
**PASAPORTE**
**JAMAICA**

No. of passport
Nr. du passeport
No. del pasaporte

1957503

Name of bearer
Nom du titulaire
Nombre del titular

Mrs. Doreen Johnson Smith

Accompanied by his wife
(Maiden Name)
Accompagné de sa femme
(Née)
Acompañado de su esposa
(Apellido de soltera)

{ and by
et de
y de

{ children
enfants
niños

National status        Nationalité        Nacionalidad

Citizen of Jamaica and Commonwealth Citizen

The Minister of Foreign Affairs
requests and requires in the
name of the Government of Jamaica
all those whom it may concern
to allow the bearer to pass freely
without let or hindrance, and to
afford the bearer such assistance
and protection as may be necessary.











25

VISAS.

IMMIGRATION OFFICER
No. 109
APR 09 2000
LANDED
JAMAICA

VISAS

24





**OBSERVATIONS**

**4**
**COUNTRIES FOR WHICH THIS PASSPORT IS VALID**
**PAYS POUR LESQUELS CE PASSEPORT EST VALABLE**
**PAÍSES PARA LOS CUALES ESTE PASAPORTE ES VÁLIDO**

Valid for all parts of the Commonwealth and for all foreign countries

The validity of this passport expires :
Ce passeport expire le :
La validez de este pasaporte termina el .

9th May 2005

Issued at
Délivré à
Expedido en

Date
Date
Fecha

PASSPORT OFFICE
10 MAY 1995
JAMAICA



9

VISAS

IMMIGRATION OFFICER
No. 200
12 FEB 1995
LANDED
JAMAICA

IMMIGRATION OFFICER
No. 9C
3 0 MAR 1997
LEFT
JAMAICA

VISAS

8

## December
DICIEMBRE/DÉCEMBRE
362 - 4

**DECEMBER 2000**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

**8:00** YAROWIEN 498 - 9599.
gyth st.
wilmore

**10:00** 6 693/161

**12:00** WOYC.

**2:00** 203- 966 4968

**4:00** MUZZLE 205 $249
BRAK $01
718 604 0770
Kivik

## December
DICIEMBRE/DÉCEMBRE
359 - 7

**8:00** 1 - 7. - A x - 515/64
4962
695

**10:00** 798 8220

**12:00** 2

## Wednesday
MIÉRCOLES/MERCREDI

## Thursday
JUEVES/JEUDI

## Friday
VIERNES/VENDREDI
364 - 2

**JANUARY 2001**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**8:00** Anis I saw the 9s 16 both
en thy own Blood in they
going want and y
said (we 1-MYGEE)

**10:00**

**12:00**

**2:00** 7950 South West

**4:00** PD Sf.
APTB Nosth Laterda 957 72 6990

## Saturday
SABADO/SAMEDI
365 - 1

**8:00** Work
TR 756704
Monica
TR 177 5084

**10:00**

**12:00**

## December
DICIEMBRE/DÉCEMBRE

GOVERNMENT EXHIBIT 3

POWERShip 980 9875

FINE  7715084

**quent Contacts**

name K.
address S.
Clara
phone 98

name BYR
address WES
W Extr.
phone 957 4.

name Andrea
address Rec
May Per
phone 786 1327

name Clande
address Mias Ruth
Karlene
phone PASIS2

name MADDAM
address Onville
Patricki
phone Cheveve

name Andrca
address Fine
Veronica /
Clauca
Moscia

TE Daly
buth  St  Llove/Town
20th  TN
33396

on Hines  Coach
and Nigel 1  773524
norland  city
55

Mitchell
R D
Clarend
786 12.11
FT  786 0152
9860699
984 4330  7715775
341 2965/515  2700793
718 324 7098
718 655-050
9547214940
718 25862
982 2573253
982 3692 / 3577

**GOVERNMENT EXHIBIT**
3

HOME                    917 3746
718-561-8247
5392897    BEEP        REC
                                Not
Sheldon  | 9173665439/ 9748
Muzzle    8016996/ 4247
8192045 / 9251879 (~0
Wingy     9438314 / 9438
Dawn 7877213881/
Mum     9861776
Desmond  9371139 / 9527
Ruddy    9176773617 527
Rose  9860184.
E99  9875548 120
Tex   2423563610 5
Bahamas  54887
Smile    9554'S   TRAVEL
7798836  9576  24 606
Enoch
Wall           7768
Michelle  CinMcls
         9870474
         EVENING 779839
77288.97

GOVERNMENT
EXHIBIT
3

Thursday

December/December

357 - 9

Kenneth   30
JACKIE   170
Parana   100
200

Rene Dailey _____ 996 3395
Byron Hines _____ 957 4855
Andrew Mikael   786 1327
Claudette   786 0752
Alex Ruth   986 0699
Karlene   771 6775
Paula   9370793
Mesdames   984 4329

Friday _____ Emmo 9689081

December

Greville   2315590
Patrick   3249096
Andrea   954 72649
Berdelle   7715084
Vernice   251 3253 - 49895
Veronica   9863612 - 9883 FO-
Sheldon   7,85 382897 - 917 374635
Myrtle   205 925 1679
Maths   205 224 1713
Olivia   9438394 - 9438073
Mum   9861776
Tess   24235 67527



GOVERNMENT
EXHIBIT
3

EDGAR Alla

Cell 954-243-1172

Home 954-731-6366

8/8/16 954-587-7777

NATIONAL TRAVEL SERVICE & TOURS LTD.
SHOP 1 b, SUNSHINE VILLAGE
NEGRIL, WESTMORELAND
TEL: (876) 957-4345

GOVERNMENT
EXHIBIT



THE WATER

EDGAR, Allan
Cell 954-240-1172
Home 954-731-6862
954-592-7777

THE HOLD ME NIGHT

INE

THE HOT UP
WE WON SET?

NATIONAL TRAVEL SERVICE & TOURS LTD.
SHOP 1B, SUNSHINE VILLAGE
NEGRIL, WESTMORELAND
TEL. (876) 957-4346

GOVERNMENT
EXHIBIT
5



## SWORN STATEMENT OF GARY TOEJOE JONES

I, Gary Toejoe Jones, an adult male citizen of Birmingham, Alabama, do hereby make the following statement under oath to Thomas F Coram, Jr , Senior Special Agent, United States Customs Service, Birmingham, Alabama, and to Joseph Wooldridge, Special Agent, Drug Enforcement Administration, Birmingham, Alabama, on this the 8th day of June, 2000:

1    I have appeared at the offices of the United States Customs Service, Birmingham, Alabama, of my own free will and accord and have been advised that I am not under custody and will be free to leave these offices upon conclusion of my providing this sworn statement. I have also been advised that I am free to end this interview at any time and to refuse to answer any or all questions asked of me during the course of this interview.

2.    The only promises made to me by Thomas F. Coram, Jr., Special Agent, United States Customs Service, Birmingham, Alabama, or by Joseph Wooldridge, Special Agent, Drug Enforcement Administration, Birmingham, Alabama, or by any other law enforcement officer is that the nature, extent, and results of my cooperation with law enforcement officials will be made known to the Office of the United States Attorney for the Northern District of Alabama. I have not been given any promises of immunity from prosecution or any guarantees or promises that my cooperation will result in my receiving leniency from any judge or court.





3. I am providing this statement for the primary purpose and in the hope of receiving leniency from the government and from the courts on any criminal charges which might be brought against me. I have been advised by Agent Coram and Agent Wooldridge that I must tell the truth in all statements that I make to the government and in any court proceedings which may result from my cooperation.

4. I first got involved in drug trafficking about ten (10) years ago. I was living in Birmingham, Alabama, at that time and was engaged in the upholstery business and was involved in the upholstering of furniture and automobiles for several customers who were involved in the drug business. They liked me because I was honest with them and did good work for them. Kenny Dinsmore, Mike Copeland, Bennie Johonson, and Freddie Black were some of the drug dealers who became friendly with me and helped me get into the drug business. In the early days, I began selling small quantities of cocaine that was usually fronted to me by Kenny, Mike, Bennie, and Freddie. On occasion, I would do upholstery work for Kenny Dinsmore and would accept payment from him in the form of cocaine I would in turn sell the cocaine to Timmy Johnson, Kelvin Earmon, Jerome Edwards, and other customers.

5. I first went to Jamaica in about 1995 for the purpose of vacationing there. I purchased an all-inclusive resort vacation package from Travel Planners, Inc., which is a Birmingham, Alabama, travel agency. Tanoa Bridges went with me on this first trip and we stayed at the Wexford Hotel in

*Garry Jones*

Montego Bay. I paid $400.00 cash for the entire package and checked
into the room in my own name. While there, I purchased small quantities
of marijuana for my own use and smoked the marijuana in Jamaica. I did
not attempt to smuggle any of the marijuana or any other drugs back to the
United States on this trip.

6.     I made a second trip to Jamaica in about 1996 and traveled there with
Kelvin Eatmon. We went for the purpose of taking a vacation. We stayed
at the Wexford Hotel and I registered for a room in my own name. We
went there for the purpose of chasing girls and smoking marijuana and just
having some fun. I did not use Travel Planners, Inc., for this trip and just
paid for the trip myself. I also paid for half of the price of Kelvin
Eatmon's airfare to Jamaica. No drugs were smuggled into the United
States as a result of this trip.

7.     I made my third trip to Jamaica in April, 1997 with Timmy Johnson and
Roosevelt Hill. We went to celebrate Roosevelt's birthday. We stayed at
the Wexford Hotel and I registered for the room in my own name. I
believe that I booked this trip through Travel Planners, Inc. Each of us
paid for our own travel and I paid for my travel with cash. No drugs were
smuggled into the United States as a result of this trip, but during this trip I
first met Samuel Ratcliffe. A Jamaican bus driver whose nickname was
"Mr. Cool" told me that he wanted to introduce me to a friend of his and
said that his friend's name was Samuel Ratcliffe. The introduction came
after "Mr. Cool" asked me if I messed with drugs and I told him that I

*George Jones*

messed with drugs a little. "Mr. Cool" brought Samuel Ratcliffe to our room and we met there for for the first time Ratcliffe said that he charged $23,000.00 for each kilogram of cocaine that he prepared and delivered to Birmingham, Alabama. He said that at that price he would provide the couriers who would deliver the cocaine. He went on to say that if I sent my own couriers to Jamaica to pick up the cocaine I would have to pay him $8,500.00 for each kilogram of cocaine He estimated that if I sent my own couriers to Jamaica for the cocaine the additional costs for airfare, lodging, and payment to the courier would result in a total cost of about $16,000.00 per kilogram of cocaine. I did not make any commitments to do business with Ratcliffe during this meeting, and only agreed to think about doing business with him at a later date. I was told by Ratcliffe that if I wanted to deal with him I should contact him through "Mr. Cool." Roosevelt, Timmy, and I returned to the United States without transporting any drugs on this trip.

8    After this trip, I began receiving telephone calls at my upholstery shop from Samuel Ratcliffe. The telephone number at the shop is 925-1879. During the calls, Ratcliffe asked me if I was ready to do business and told me that he was just waiting on me to do business. He said he had couriers ready to come my way whenever I was ready for them. I told him that I wasn't ready yet and was trying to get my money together for the cocaine.

9.   I made my fourth trip to Jamaica later in about June, 1997, and went there with Clifton Dennis. I had previously agreed to pay Clifton $4,000.00 to

Garry Jones

smuggle a kilogram of cocaine from Jamaica back to Birmingham. We stayed at the Wexford Hotel and I registered for the room in my own name. I believe that I used Travel Planners, Inc., to book the travel for me and Clifton and I paid for the travel with cash. The trip cost about $600.00 for both of us to travel to Jamaica. I took $10,000.00 in cash with me on this trip. The purpose of this trip was to meet with Samuel Ratcliffe and to purchase a kilogram of cocaine from him. When we got to Jamaica, I contacted "Mr Cool" and he in turn contacted Samuel Ratcliffe and told him that I was ready to meet with him. "Mr. Cool" brought Ratcliffe to the motel and I went outside the motel and met with them. Ratcliffe was employed as a taxi driver and often worked at a taxi stand located next to the Wexford Hotel. We traveled to Pier One and there agreed that I would purchase one kilogram of cocaine from Ratcliffe and that I would pay him $9,000.00 for that kilogram. I paid Ratcliffe the money at Pier One and then went back to the motel and met with Clifton Dennis. I confirmed with Clifton that he was still willing to smuggle the cocaine back to the United States and he said that he was still willing to attempt it. I took Clifton to a store to purchase a scuba suit to be used to conceal the cocaine under his clothing. I purchased the suit after Clifton tried it on in the store and determined that it fit him. Later that night, I met with Samuel Ratcliffe at Pier One and he showed me the kilogram of cocaine that I had purchased. Ratcliffe said that he would meet with Clifton the next day at the motel and would help conceal the cocaine under

*Gary Jones*

Clifton's clothing. Ratcliffe left with the kilogram of cocaine and I went back to the motel. I returned to the United States the next day after leaving Clifton at the motel so that he could transport the cocaine back to me in Birmingham. Clifton met with Samuel Ratcliffe that same day or the next day and they concealed the cocaine under Clifton's clothing. The cocaine was packaged in saranwrap and duct tape and was tucked into the wetsuit that I had purchased for Clifton  Clifton flew from Jamaica to Miami and there boarded a flight to Birmingham  When he arrived in Birmingham, he took a taxicab to my business and got his car. He then drove to my home at 5309 Lillian Street, Birmingham, Alabama. I there received the cocaine from him and agreed to pay him later for smuggling the cocaine and delivering it to me. I packaged this cocaine in ounce and quarter-ounce packages and began selling it to my customers, including Timmy Johnson, Kelvin Eatmon, Tanoa Bridges, Robert Williams, a guy named "Jook," a guy named "Doolie," and some other people. I may have also cooked some of the cocaine up into crack and sold it to my customers also. I would estimate that my profit on the sale of this cocaine was approxmimately $3,000.00. I met with Clifton the day after the delivery of the cocaine and paid him $4,000.00 for his services

10    After about a month, Samuel Ratcliffe again called me and asked if I was ready for more cocaine. I asked Clifton Dennis if he was interested in the trip and he said that he needed the money and agreed to make the trip. I also asked Lavoy Safford if he wanted to make the trip and bring back

*Gary Jones*

some cocaine and he said that he was interested also. I made arrangements for their travel through Travel Planners, Inc., and paid for their travel with cash. I called "Mr. Cool" and told him that I was sending Clifton and Lavoy to Jamaica to get two (2) kilograms of cocaine from Samuel Ratcliffe and told him when they would be arriving in Jamaica. Before they left for Jamaica I gave each of them $7,500.00 to pay to Samuel Ratcliffe for the two (2) kilograms of cocaine. I drove them to Atlanta for the flight to Jamaica. I next heard from them on the 4th of July when they called me from Atlanta and said that they were in jail after being caught by U.S. Customs with the cocaine. Lavoy told me that Clifton had been drinking on the plane and had gotten nervous and that his nervousness had caused them to get caught. Both of them asked me to get them a lawyer and I agreed to do so. I contacted an attorney in Atlanta and asked him to represent them and he agreed to do so. I went to the attorney's office on Cleveland Avenue and paid him $3,500.00 to represent both Clifton and Lavoy. A couple of months later, the attorney told me he could get them out on bond for $7,500.00 each. I gave him $7,500.00 in cash to get Clifton out of jail but the attorney never got him released and I never got my money back from him despite numerous attempts to get it back from him. At some time after the arrests, I called Samuel Ratcliffe and told him about the arrests and the loss of the cocaine. Ratcliffe didn't offer to help me in any way with the loss of the cocaine or attorney's fees for representation of Clifton or Lavoy.

Gary Jones

11.    After the arrests of Clifton and Lavoy in Atlanta, I told Samuel
        Ratcliffe that I couldn't send anyone else to Jamaica and take the
        chance of their being caught with cocaine. Ratcliffe said that he
        would start sending his own couriers to me with the cocaine. He
        sent his first courier within about six (6) months after the July 4th
        arrests of Clifton and Lavoy. This first courier was a Jamaican
        woman named Shirley. She transported about a half kilogram
        which was concealed under her clothing. I met her at the airport in
        Birmingham and took her to the Mote' 6 in Bessemer. She went
        into the office and registered for a room  I don't know if she
        registered in her true name. She took her luggage into the room
        and I left the motel. I returned later that night and took her to
        dinner  The next day I met with her in her motel room and
        received the cocaine from her. The cocaine was in two (2)
        packages wrapped in plastic wrapping paper. I paid her
        $11,500.00 for the cocaine and its delivery to me in Birmingham.
        She stayed another day and then I took her to the airport in
        Birmingham  Shirley was in her 30's and had her hair was twisted
        into rubber bands. She was overweight, stood about 5'6" and
        weighed about 150 pounds.

12.    About three (3) months later, I got a telephone call from Samuel
        Ratcliffe and he told me that Dayne Simmonds would be coming
        to Birmingham with a kilogram of cocaine for me. Dayne

Simmonds came to Birmingham with two (2) Jamaican women who were transporting the cocaine. One (1) of the women had swallowed the cocaine and the other had it concealed under her clothing. I do not now recall the names of either of the women. I picked them all up at the Birmingham airport and took them to either the Motel 6 off of the Bessemer Super Highway in Bessemer or the Villager Lodge in Fairfield. They probably checked into the motel in Dayne's name. I took them to dinner that night and left them at the motel. I returned the next day and got the kilogram of cocaine from them. They stayed in the motel while I sold the cocaine and gathered the money to pay them for it. After about a week, I paid them $22,000.00 or $23,000.00 in cash for the cocaine. After paying them, I took them to the Birmingham airport for their return to Jamaica

13. After that, Samuel Ratcliffe and his partner, Junior Thorpe, began sending various couriers to me with cocaine. Thorpe's father owns a car repair shop at 9th Duke Street, Montego Bay, Jamaica. Among the couriers who delivered cocaine to me from Ratcliffe and Thorpe were Vivienne James, a guy named "Babba," a guy named "Psycho," a woman named Beverly, a Jamaican woman who used to be Junior's girlfriend, and an older man whose name I can't now recall. All of these couriers were Jamaicans. I always took them to either the Motel 6 or the Villager Lodge for lodging.

*Danny Jones*

To the best of my knowledge, they all registered in the motels in their own names. They came every one (1) to two (2) months and usually brought between one-half (1/2) kilogram and one (1) kilogram of cocaine. I always paid them in cash for the cocaine and took them to the Birmingham airport. My best estimate is that during 1997, 1998 and 1999, I purchased a total of ten (10) to twelve (12) kilograms of cocaine from Ratcliffe or his partner, Junior Thorpe Ratcliffe was arrested in 1998 or 1999 while attempting to smuggle cocaine into England and is now in prison in that country.

14.   Beginning sometime in 1998 I also started dealing with Byron Hines. I met Byron in Jamaica in 1998 through a Jamaican girl I know from Negril Byron told me that he was in the cocaine business and offered to start sending cocaine to me in Birmingham. He asked me to send him some money so that we could get started in the cocaine business. I took $7,000.00 to Jamaica during the winter months of 1998 and got a half kilogram of cocaine from him for $3,300.00. Byron sent the cocaine back to me by a white Jamaican woman named "Miss Lee." She was an older woman in her 40's or 50's and had white hair. I picked her up at the Greyhound Bus Station after she had flown into Fort Lauderdale and taken the bus to Birmingham. I took her to the Villager Lodge and she checked into the motel in her own name. She had

*Gary Jones*

swallowed the cocaine and I had to wait for it to pass through her system. This took about a day and a half and I went to the motel and got the cocaine from her. I paid her $2,500.00 in cash for the delivery and eventually took her back to the Birmingham airport for her return flight to Jamaica.

15. In March, 1998, I traveled to Jamaica with Timmy Johnson and Luther Williams for the purpose of taking a vacation. I made arrangements for the travel through Travel Planners, Inc., and each of us paid for our own travel expenses. We stayed with Byron Hines for about three (3) days and then stayed in Montego Bay for about three (3) days before returning to the United States. No cocaine was smuggled back into the United States during this trip and no money was paid to Byron during this trip.

16. About one month or so later, Byron called me and said that he was ready to send some more cocaine to me. I told him I was ready for it and "Miss Lee" returned to Birmingham with another half-kilogram of cocaine from Byron. She again arrived in Birmigham aboard a Greyhound bus after flying into Fort Lauderdale from Jamaica. This was the last time I saw her. She had again swallowed the cocaine and I took her back to the Villager Lodge. When she was ready, I returned to the motel and received delivery of the cocaine from her. I paid her $2,500.00 for the delivery and

eventually took her back to the Birmingham airport for her return to Jamaica.

17    After receiving my last shipment from "Miss Lee," Byron began sending Doreen Jordan with the cocaine that I purchased from him. During the period between mid-1999 and the present, Doreen came to Birmingham on about six (6) occasions with cocaine. On each trip, she flew from Jamaica to Fort Lauderdale and then took a Greyhound bus from Fort Lauderdale to Birmingham. On each occasion, I always picked her up at the bus station and took her to Village Lodge. She then checked into the motel in her own name. She always concealed the cocaine under her clothing. On some occasions I paid her for both the cocaine and the delivery of the cocaine while on other occasions I only paid her $2,500.00 for delivering the cocaine to me. Every time that she delivered cocaine to me, she delivered a half-kilogram. The price that Byron charged me for each half-kilogram ranged between $3,000.00 and $3,500.00. On those occasions when I didn't have money to pay Doreen for the cocaine, I wired the money to Byron through Western Union. I did this on about four (4) or five (5) occasions. I used my name along with Luther Williams' name as the senders on the wire transfers and always named Byron Hines as the recipient. The wire transfers were never in excess of $5,000.00.

Gary Jones

13

18. On two (2) occasions in early 1999, Byron also sent a Jamaican woman named "Hattie Hattie" to Birmingham with cocaine. She brought a total of about one and a half kilograms of cocaine to me during those two (2) trips. On each occasion, she had swallowed the cocaine. On each instance, I took her to the Villager Lodge and went back to the motel later to pick up the cocaine. On the first trip, she delivered one kilogram and on the second trip she delivered a half kilogram. The second trip was also supposed to involve a kilogram of cocaine but "Hattie Hattie" took half of that shipment to California without Byron's permission. On the first trip, I paid her about $18,000 00 for both the cocaine and delivery. On the second trip, I paid her $2,500.00 for the delivery. I then wire transferred the money to Byron for the half kilogram of cocaine. "Hattie Hattie" was from Ocho Rios, Jamaica, and was a slim woman in her early or mid-thirties.

19. Byron Hines' telephone number in Jamaica is 876-957-4855. He lives in Negril He runs a hotel in Jamaica but I cannot now recall the name of the motel. He is in his thirties and stands about 5'7" and weighs about 175 pounds. To the best of my knowledge, he has never been to the United States

20. Roslynd Yancey made two (2) trips to Jamaica for me after I asked her if she wanted to make some money by going to Jamaica. I had met Roslynd about a year earlier through Angela Hardy, who is

also known as Angela Carter. The first trip was in or about
February, 2000. I paid for her and Angela Hardy, also known as
Angela Carter, to travel to Jamaica through Travel Planners, Inc
Angela carried $3,500 00 in cash to pay Byron Hines for the
cocaine They met in Jamaica with Byron and got a half kilogram
from him. Roslyn concealed the cocaine under her clothing.
Angela did not bring back any cocaine since her job was to look
over Roslynd and keep her in line so that Roslynd couldn't rip me
off When they returned to the United States, someone else picked
them up at the Atlanta airport and brought them back to
Birmingham. I met with Roslynd at my grandmother's house and
there received the cocaine from her. I paid her $2,500.00 for the
delivery of the cocaine.

21.    Roslynd Yancey made her second trip to Jamaica for me in April,
2000. She told me that she wanted to go down there on Spring
Break She had been talking with Byron during the period between
her first and second trip and I am aware that they became intimate
during her first trip there. I gave her $3,500.00 in cash to purchase
the cocaine in Jamaica I again paid for her travel through Travel
Planners, Inc., and took her to the Atlanta airport for the trip. I
called Byron and told him to look out for her since she was on the
way to Jamaica. Byron called me later and said that he had been
unable to find Roslynd in Jamaica but would continue to look for

her. He called later that night, around 10:00 pm, and said that he had found her. She stayed with him at his residence. She was in Jamaica for about three (3) days before returning to the United States. When she was arrested by U.S. Customs, she called Byron and told him that she had gotten caught with the cocaine in her shoes. Byron then called me and told me of her arrest. Angela Hardy, also known as Angela Carter, also called me and told me of Roslynd's arrest. I have never had any further conversations with Roslynd after her arrest. I did, however, hire an attorney for her. I called a guy named Roy that I know in south Florida and asked him for the name of a good attorney. He referred me to an attorney named Scott Kotler who practices in Florida. I called Scott and asked him to represent Roslynd. He agreed to represent her for $15,000.00 and to accept monthly payments for the attorney's fees. I sent him an initial $5,000.00 down payment by wire transfer and have since mailed him an additional $2,000.00 in cash.

22. I never sent Roosevelt Hill to Jamaica and am not aware of his importing any cocaine into the United States from that country.

23. To the best of my knowledge, Timmy Johnson has never been involved in the smuggling of cocaine into the United States from Jamaica. On one occasion in April, 2000, he went into the offices of Travel Planners, Inc, at my request and paid $1,000.00 to that

*Gary Jones*

company for travel to be made to Jamaica by Roslynd Yancey, who was planning to travel to Jamaica under the name of Donna Pearson  Jimmy did not know that the purpose of the travel was for Yancey to smuggle cocaine into the United States.

24. To the best of my knowledge, neither Glenn Underwood, Bobby Mack, nor Terry Williams has ever been involved in the smuggling of cocaine into the United States from Jamaica. In March, 2000, I treated the three (3) of them to a trip to Jamaica to show my appreciation for help they had given me in my upholstery business.

25. I do not know anyone by the name of Mary McGhee.

26. I do not know anyone by the name of Ivy Denny

27. Giynis Purdy is my wife and Torie Purdy is my daughter.

28. My most recent customers for the cocaine that I received from Jamaica include Kelvin Eatmon, Tanoa Bridges, Wayne Williams, Terry Williams, a guy "Butch" (who is also called "Gator"), a guy named "Kid," a guy named "Spooky," a guy named "Dozier," a guy named "Wayne," a guy named "Jerome," and a guy named "Yick."

29. Doreen Jordan had been attempting to come to Birmingham for about the last two (2) weeks in order to deliver some cocaine to me and to receive payment for the delivery of that cocaine. I called Byron on the morning of Tuesday, June 6, 2000, and he told me that Doreen was on her way to Birmingham. At around 5:00 pm I

*Barry Jones*

16

received a telephone call from Doreen and she said that she was here. I went to the Greyhound Bus Depot and went inside the building to meet her. She and I got into my car and pulled away from the depot. I was driving and she was sitting on the passenger side of the front seat of the car. Almost immediately after we pulled away from the bus depot, Doreen began writing a note. She handed the note to me and I saw the word "cops" on it. I couldn't read most of the rest of the note but knew that something was wrong and that it involved the police. I was shook up by the note and began trying to get her out of my car and to identify whoever might be following me. Once I got on the interstate highway, I began to see cars and people I recognized as police officers. I tried to get away from them enough to get Doreen out of my car but was stopped by the police. During this time, Doreen said on one occasion that she needed to get out of the car and asked me which way she should run. I told her I didn't know where to tell her to get out. The police eventually boxed us in at a stop light and I was ordered out of the car by the police.

30.    On June 7, 2000, I placed a telephone call to Byron in Jamaica and told him that everything here was alright and that Doreen had gone with my mother to a casino in Mississippi. I told him that she would be back in two (2) days. Byron said that was alright and asked me how my birthday had been.

*Benny Jones*

31. I do not know who I might currently be able to purchase cocaine from in the Birmingham area. In the past, I have bought cocaine in the Birmingham area from Mike Copeland (who is now in jail), from "Gator," from "Movie Groovie" (Walter Reeves), from Greg Butler, and from Trey Chambers. I have also purchased marijuana from Ed Lee.

32. I do not know any of the Detroit Boys and do not know any of them that I could currently do any drug business with.

33. Approximately four (4) months ago, I was contacted by a Jamaican male named "Bobby" who was then living in the Atlanta, Georgia, area. He told me that he would bring me a kilogram of cocaine for $16,000.00. He mentioned the possibility of sending the cocaine to me through the mail but I refused to allow him to do that. I traveled to Atlanta and gave him $16,000.00 in cash but he has never delivered the cocaine to me. I have since tried to locate him but have been unable to do so. I have since learned from Beverly, who was one of Junior Thorpe's couriers, that Bobby has returned to Jamaica I have some telephone numbers that used to be associated with Bobby and will provide them to Agent Coram or Agent Wooldridge at a later date.

SWORN TO AND SIGNED BY ME ON THIS THE 8TH DAY OF JUNE, 2000.

Mary Jones

10