**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO:  00-6160-CR-ZLOCH**

**UNITED STATES OF AMERICA**

      **V.**                                **NOTICE**

**DOREEN JORDAN**

| **TYPE OF CASE** | **CRIMINAL** |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

| **PLACE** | **COURTROOM A** |
| 299 E. BROWARD BLVD. | **DATE & TIME:** |
| FT. LAUDERDALE, Fl, 33301 | January 23, 2001, at 9:30 AM |

**SENTENCING**

                                                    CLARENCE MADDOX
                                                    CLERK OF COURT

                                                    BY DEPUTY CLERK

DATE: January 5, 2001

cc:
Donald Chase, Esq., AUSA
Martin Bidwill, Esq., AFPD
Probation