UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JAN 0 5 2001

CASE NUMBER 00-6160-CR-Z/och   DATE 1-5-01
CLERK Carline Newby   REPORTER Carl Schenzler
PROBATION Ed Cooley   INTERPRETER _____

UNITED STATES OF AMERICA v. Doreen Jorden

U. S. ATTORNEY Donald Chase   DEFT COUNSEL Martin B. Lewis

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Testimony Taken - Reset to complete sentencing

JUDGMENT

CASE CONTINUED TO 1-23-01   TIME 8:30   FOR Sentencing

MISC