UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6160-CR-ZLOCH

FILED by _____ D.C.

JAN 23 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff

    V.

DOREEN JORDAN

    Defendant

O R D E R

THIS MATTER is before the Court upon Government's Motion To Continue Sentencing (filed January 19, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Sentencing of the defendant DOREEN JORDAN is hereby reset to March 2, 2001 at 10:00 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _23rd_ day of January, 2001.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Donald Chase, Esq., AUSA
Martin Bidwill,, Esq., AFPD
Probation