AO 187 (Rev. 7/87) Exhibit and Witness List

GOVT.

FILED by _____ D.C.

# United States District Court

MAR 0 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

USA     Southern DISTRICT OF Florida

v.

Doreen Jordan

GOVT. **EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6160-CR-Z/00

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William J. Zloch | Donald Chase | Matthew R. Lu y |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 1-5-01 | Carl Schanzleh | Carlre Newley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/5/01 | 1/5/01 | 1/5/01 | MIRANDA RTS FORM |
| 3 | | " | " | " | HANDWRITTEN NOTES |
| 2 | | " | " | " | A 2 PASSPORT |

41