-cr-06160-WJZ   Document 42   Entered on FLSD Docket 03/05/2001   P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
MAR 02 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6160-CR-Zloch   DATE 3-2-01
CLERK Carline Newby   REPORTER Carl Schanzle
PROBATION Debra Pratt   INTERPRETER

UNITED STATES OF AMERICA V. Doreen Jordan

U. S. ATTORNEY Donald Chase   DEFT COUNSEL Martin Bidwill

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Govt & Deft made a Recommendation
to Court as a Resolution to objections -
Court grants 3 level Reduction for Role -
Court accepts Recommendation as to objections -
JUDGMENT Deft's mtn for downward departure
granted - Ct 102- 33 months custody
of BOP - 3 yrs Supervised Release
Cts 1 + 2 to Run concurrently -

CASE CONTINUED TO _____ TIME _____ FOR _____
Upon completion of incarceration be
MISC Surrendered to INS for deportation
Proceedings - If deported not to return
or Re-enter the U.S. w/o prior express
permission of A.G. No reporting if dep/gov.
$200 assessment - FPD appointed for
appeal - Ct Recommends Delbury Comm -

42